1

2

3

4

5

6        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                   AT SEATTLE

8    JOHNATHAN ALEXANDER
     FELDMANN,
9                                           Case No. C23-5796-TSZ-SKV
                          Petitioner,
10                                          ORDER OF DISMISSAL
            v.
11
     ROBERT JACKSON,
12
                          Respondent.
13

14         Having reviewed the Report and Recommendation ("R&R"), docket no. 17, of the

15   Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and no

16   objections having been filed, the Court enters the following Order.

17         (1)    The Court ADOPTS the R&R.

18         (2)    Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary

19   hearing, and this action is DISMISSED with prejudice as untimely.

20         (3)    A certificate of appealability is DENIED.  *See* 28 U.S.C. § 2253(c).

21         / / /

22         / / /

23         / / /

ORDER OF DISMISSAL - 1

1   (4)   The Clerk is directed to send copies of this Order to the parties and to Judge

2   Vaughan.

3   Dated this 1st day of March, 2024.

4

5   Thomas S. Zilly
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2